**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JERRY DEWAYNE WASHINGTON, *Plaintiff*, | § | |
| v. | § | Case No. 2:24-CV-00661-JRG-RSP |
| TOYOTA MOTOR CORPORATION *and* TOYOTA MOTOR NORTH AMERICA, INC., *Defendants*. | § | |

## ORDER

Having reviewed the record, including the statements made by counsel at the August 26, 2026 final pretrial conference, the Report & Recommendation (Dkt. No. 192), if adopted, appears case-dispositive. For case-management purposes, to the extent a party disagrees with that assessment, the Court **ORDERS** the parties to file a joint notice stating the parties' respective positions, and the basis for those positions, within 7 days. The failure to file such a notice within that time will be considered agreement by the parties as to the case-dispositive nature of the Report & Recommendation.

**SIGNED this 8th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE